# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 02-2222

_____

Forest D. Trotter,      *
     *
          Appellant,      *
     *   Appeal from the United States
      v.      *   District Court for the Eastern
     *   District of Missouri.
Glenn Lopate, Dr.; Lavert Morrow;      *
Princess Keaton; Carol Gelert;      *   [UNPUBLISHED]
Delores M. Elam; Kenneth I.      *
Henderson; Warren L. Henderson;      *
Yvonne W. Tomlin; Lorna B. Warren,      *
     *
          Appellees.      *

_____

Submitted: January 22, 2003
Filed: March 11, 2003

_____

Before Before McMILLIAN, MELLOY, and SMITH, Circuit Judges.

_____

PER CURIAM.

Forest Trotter appeals the district court's[1] order granting defendant Glenn Lopate's motion to dismiss plaintiff's complaint. Having carefully reviewed the record, we conclude that the district court did not abuse its discretion in dismissing

_____

[1]The Honorable Donald J. Stohr, United States District Judge for the Eastern District of Missouri.

the complaint with prejudice as a sanction for Trotter's failure to comply with the court's order, given the indications in the record that Trotter's non-compliance was willful and that defendant Lopate was prejudiced as a result.  See Fed. R. Civ. P. 37(b)(2)(C); Keefer v. Provident Life & Accident Ins. Co., 238 F.3d 937, 940 (8th Cir. 2001); cf. Lorin Corp. v. Goto & Co., 700 F.2d 1202, 1202-04, 1208 (8th Cir. 1983) (no abuse of discretion in dismissing with prejudice where, after court issued order compelling discovery, plaintiff provided incomplete answers to interrogatories and produced only small fraction of requested documents).

Accordingly, we affirm.  See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.